UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-6973-GW-MAAx | Date | November 20, 2023 |
|---|---|---|---|
| Title | *Robert Neal Brannon v. General Motors LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Amy Diaz | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Neal F. Morrow | Vincent F. Tremonit |

**PROCEEDINGS:** **PLAINTIFF'S MOTION TO REMAND TO STATE COURT [13]; DEFENDANT GENERAL MOTORS LLC'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [12]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on the above-entitled Motions [12, 13], was issued on November 16, 2023 [35]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's motion to remand. The Court GRANTS Defendant's motion to dismiss with leave to amend. Plaintiff will have until December 11, 2023 to file his First Amended Complaint.

The scheduling conference is continued to December 21, 2023 at 8:30 a.m. The parties are to file a revised Rule 26(f) report by noon on December 18, 2023.

|  | : | 06 |
|---|---|---|
|  | Initials of Preparer | JG |